UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60873-CIV-ZLOCH

RICARDO JEAN-LOUIS,

      Plaintiff,                   **O R D E R**

vs.

NITRO SECURITY AND
INVESTIGATION, INC., and LUIS
AMELY,

      Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff Ricardo Jean-Louis's Motion For Contempt (DE 21).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    By prior Order (DE 18), the Court entered Default Final Judgment Re: Damages as to Defendant Nitro Security and Investigation, Inc. (hereinafter "Nitro").  Therein, Plaintiff was awarded $608.48 in damages and $1,350.00 in attorney's fees from Nitro.  By the instant Motion (DE 21), Plaintiff states that Nitro has refused to pay the amount of the Judgment and seeks an Order from the Court compelling payment.

    This action was disposed of as to Nitro by way of Default Final Judgment.  The Court did not retain jurisdiction over this matter for purposes of enforcing the Judgment.  Plaintiff has ample avenues available to him to collect said Judgment, for example attachment or garnishment.  Fla. St. §§ 76.01, et seq.; Id. §§

77.01, et seq. (2009).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff Ricardo Jean-Louis's Motion For Contempt (DE 21) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of January, 2009.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record